UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Pablo Fernando Sevilla,

      Debtor.

Case No. 22bk04870

Chapter 13

Judge Timothy A. Barnes

ORDER SCHEDULING DEADLINES

This matter coming to be heard on the Debtor's Objection to Claim 5 of PNC Bank [Dkt. No. 86] (the "<u>Objection</u>") filed by Pablo Fernando Sevilla (the "<u>Debtor</u>"), the Debtor's amended plan of reorganization [Dkt. No. 90] (the "<u>Plan</u>") and the chapter 13 trustee's (the "<u>Trustee</u>") Motion to Dismiss for Unreasonable Delay [Dkt. No. 88] (the "<u>Motion to Dismiss</u>").

IT IS HEREBY ORDERED:

1. The Debtor must file an amended objection (the "<u>Amended Objection</u>") no later than November 30, 2023. The Amended Objection must contain all evidence available to the Debtor in support of the Amended Objection. If the Amended Objection is not filed by the Debtor, then the Objection will be overruled.

2. PNC Bank, National Association ("<u>PNC</u>") may file a response to the Amended Objection (the "<u>Response</u>") on or before December 14, 2023. The Response must attach all supporting evidence in opposition to the Amended objection.

3. The Debtor may file a reply to the Response on or before January 4, 2024.

4. Other than the foregoing filings, the court will not consider any additional filings with respect to the Objection and the Amended Objection unless prior leave from the court is sought and granted.

5. The filing requirements and deadlines of this Order shall not be altered except by further order of the court upon a motion by the Debtor or PNC, which motion must be properly noticed, filed and served.

6. The late retention of counsel by the Debtor shall not serve as cause to alter the deadlines of this Order.

7. The hearing on the Revised Objection, the Plan and the Motion to Dismiss is scheduled for February 1, 2024, at 11:00 a.m. (the "<u>Hearing</u>"). At the Hearing, the court will not accept new evidence with respect to the Amended Objection but will determine whether the filings have necessitated the need for an evidentiary hearing.

8. At the Hearing, the Debtor must have a plan of reorganization that is confirmable. If the Plan or a further amended plan remains defective, then the court will grant the Motion to Dismiss and the case will be dismissed.

9. The Hearing may be attended via Zoom or in person in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. Instructions for appearing by Zoom are available at the court's website (www.ilnb.uscourts.gov/content/judge-timothy-barnes). The Hearing information is as follows:

    Meeting ID:   161 329 5276
    Passcode:    433658

ENTERED:

Dated: November 17, 2023

Timothy A. Barnes
Judge, United States Bankruptcy Court