CO. FILE DEPT. CLOCK NUMBER 060
2YH 011715 008204 0000202185 1

# Earnings Statement 

*TAKEDA PHARMACEUTICALS NORTH AMERICA, INC*
*ONE TAKEDA PARKWAY*
*DEERFIELD, IL 60015*

Period Beginning: 01/03/2009
Period Ending: 01/16/2009
Pay Date: 01/16/2009

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 10
IL: 3

PABLO F SEVILLA
600 W LONNQUIST BLVD
MOUNT PROSPECT IL 60056

Social Security Number: XXX-XX-8654

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4281.58 | 80.00 | 4,281.58 | 6,422.37 |
| Gross Pay | | | $4,281.58 | 6,422.37 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -277.35 | 402.98 |
| | Social Security Tax | -265.41 | 377.72 |
| | Medicare Tax | -59.73 | 88.34 |
| | IL State Income Tax | -106.03 | 156.43 |
| | **Other** | | |
| | Dep Life | -0.28 | 0.56 |
| | Ee Supple Life | -30.83 | 61.66 |
| | Med Flexspnd | -50.00* | 100.00 |
| | Pretax Den Ins | -13.00* | 26.00 |
| | Pretax Med Ins | -102.00* | 204.00 |
| | Pretax Vis Ins | -9.00* | 18.00 |
| | Sp Life | -1.38 | 2.75 |
| | 401K | -342.53* | 513.79 |
| | 401K Loan | -445.14 | 445.14 |
| | **Net Pay** | $2,598.90 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 11.96 | 17.94 |
| Match | 171.26 | 256.89 |
| 401K Elig Erns | 4,281.58 | |
| 401K Elig Erns | | 6,422.37 |

**Deposits**
Account No. 000175045
Transit/ABA 0719 9316
Pending

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,765.05

2,588.90
×26=12

5609/mTN