| Transaction Applied Date | Due Date | Description | Transaction Type/Code | Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 11/1/2018 | 9/12/2018 | Funds Received | 1 72 | $10.80 | $0.00 | $0.00 |
| 11/1/2018 | 9/12/2018 | Funds Applied | 1 72 | $0.00 | $0.00 | $10.80 |
| 11/1/2018 | 10/12/2018 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 11/1/2018 | 10/12/2018 | Funds Applied | 1 72 | $0.00 | $54.11 | $72.24 |
| 11/1/2018 | 11/12/2018 | Funds Received | 1 72 | $62.85 | $0.00 | $0.00 |
| 11/1/2018 | 11/12/2018 | Funds Applied | 1 72 | $0.00 | $0.00 | $62.85 |
| 11/23/2018 | 11/12/2018 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 11/30/2018 | 11/12/2018 | Funds Received | 1 72 | $63.50 | $0.00 | $0.00 |
| 11/30/2018 | 11/12/2018 | Funds Applied | 1 72 | $0.00 | $43.50 | $20.00 |
| 11/30/2018 | 12/12/2018 | Funds Received | 1 72 | $36.50 | $0.00 | $0.00 |
| 11/30/2018 | 12/12/2018 | Funds Applied | 1 72 | $0.00 | $0.00 | $36.50 |
| 11/30/2018 | 12/12/2018 | Funds Received | 1 72 | $89.85 | $0.00 | $0.00 |
| 11/30/2018 | 12/12/2018 | Funds Applied | 1 72 | $0.00 | $43.71 | $46.14 |
| 11/30/2018 | 1/12/2019 | Funds Received | 1 72 | $10.15 | $0.00 | $0.00 |
| 12/31/2018 | 1/12/2019 | Funds Received | 1 72 | $100.00 | $0.00 | $0.00 |
| 12/31/2018 | 1/12/2019 | Funds Applied | 1 72 | $0.00 | $17.69 | $82.31 |
| 1/22/2019 | 1/12/2019 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 2/1/2019 | 1/12/2019 | Funds Received | 1 72 | $26.35 | $0.00 | $0.00 |
| 2/1/2019 | 1/12/2019 | Funds Applied | 1 72 | $0.00 | $26.35 | $0.00 |
| 2/1/2019 | 2/12/2019 | Funds Received | 1 72 | $73.65 | $0.00 | $0.00 |
| 2/1/2019 | 2/12/2019 | Funds Applied | 1 72 | $0.00 | $0.00 | $73.65 |
| 2/22/2019 | 2/12/2019 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 2/28/2019 | 2/12/2019 | Late Charge Paid | 1 32 | $0.00 | $0.00 | $0.00 |
| 3/1/2019 | 2/12/2019 | Funds Received | 1 73 | $7.00 | $0.00 | $0.00 |
| 3/1/2019 | 2/12/2019 | Funds Received | 1 73 | $52.70 | $0.00 | $0.00 |
| 3/1/2019 | 2/12/2019 | Funds Applied | 1 73 | $0.00 | $44.28 | $8.42 |
| 3/1/2019 | 3/12/2019 | Funds Received | 1 73 | $126.35 | $0.00 | $0.00 |
| 3/1/2019 | 3/12/2019 | Funds Applied | 1 73 | $0.00 | $44.38 | $81.97 |
| 3/4/2019 | 4/12/2019 | Funds Received | 1 72 | $100.00 | $0.00 | $0.00 |
| 4/22/2019 | 4/12/2019 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 4/24/2019 | 4/12/2019 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 4/24/2019 | 4/12/2019 | Funds Applied | 1 72 | $0.00 | $44.67 | $81.68 |
| 5/2/2019 | 5/12/2019 | Funds Received | 1 72 | $100.00 | $0.00 | $0.00 |

| Date 1 | Date 2 | Description | Col | Code | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|
| 5/2/2019 | 5/12/2019 | Funds Applied | 1 | 72 | $0.00 | $18.51 | $81.49 |
| 5/22/2019 | 5/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 5/31/2019 | 5/12/2019 | Funds Received | 1 | 72 | $26.35 | $0.00 | $0.00 |
| 5/31/2019 | 5/12/2019 | Funds Applied | 1 | 72 | $0.00 | $26.35 | $0.00 |
| 5/31/2019 | 6/12/2019 | Funds Received | 1 | 72 | $73.65 | $0.00 | $0.00 |
| 5/31/2019 | 6/12/2019 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $73.65 |
| 6/24/2019 | 6/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 7/22/2019 | 6/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 8/8/2019 | 6/12/2019 | Funds Received | 1 | 73 | $52.70 | $0.00 | $0.00 |
| 8/8/2019 | 6/12/2019 | Funds Applied | 1 | 73 | $0.00 | $0.00 | $52.70 |
| 8/8/2019 | 7/12/2019 | Funds Received | 1 | 73 | $126.35 | $0.00 | $0.00 |
| 8/8/2019 | 7/12/2019 | Funds Applied | 1 | 73 | $0.00 | $90.26 | $36.09 |
| 8/22/2019 | 8/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 9/3/2019 | 8/12/2019 | Funds Received | 1 | 72 | $126.35 | $0.00 | $0.00 |
| 9/3/2019 | 8/12/2019 | Funds Applied | 1 | 72 | $0.00 | $45.28 | $81.07 |
| 9/3/2019 | 9/12/2019 | Funds Received | 1 | 72 | $3.65 | $0.00 | $0.00 |
| 9/3/2019 | 9/12/2019 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $3.65 |
| 9/23/2019 | 9/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 10/1/2019 | 9/12/2019 | Funds Received | 1 | 72 | $122.70 | $0.00 | $0.00 |
| 10/1/2019 | 9/12/2019 | Funds Applied | 1 | 72 | $0.00 | $45.39 | $77.31 |
| 10/1/2019 | 10/12/2019 | Funds Received | 1 | 72 | $7.30 | $0.00 | $0.00 |
| 10/1/2019 | 10/12/2019 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $7.30 |
| 10/22/2019 | 10/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 11/1/2019 | 10/12/2019 | Funds Received | 1 | 72 | $119.05 | $0.00 | $0.00 |
| 11/1/2019 | 10/12/2019 | Funds Applied | 1 | 72 | $0.00 | $45.79 | $73.26 |
| 11/1/2019 | 11/12/2019 | Funds Received | 1 | 72 | $10.95 | $0.00 | $0.00 |
| 11/1/2019 | 11/12/2019 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $10.95 |
| 11/22/2019 | 11/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 11/29/2019 | 11/12/2019 | Funds Received | 1 | 72 | $115.40 | $0.00 | $0.00 |
| 11/29/2019 | 11/12/2019 | Funds Applied | 1 | 72 | $0.00 | $46.01 | $69.39 |
| 11/29/2019 | 12/12/2019 | Funds Received | 1 | 72 | $14.60 | $0.00 | $0.00 |
| 11/29/2019 | 12/12/2019 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $14.60 |
| 12/23/2019 | 12/12/2019 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 12/31/2019 | 12/12/2019 | Funds Received | 1 | 72 | $111.75 | $0.00 | $0.00 |

| Date | Effective Date | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 12/31/2019 | 12/12/2019 | Funds Applied | 1 | 72 | $0.00 | $46.23 | $65.52 |
| 12/31/2019 | 1/12/2020 | Funds Received | 1 | 72 | $18.25 | $0.00 | $0.00 |
| 12/31/2019 | 1/12/2020 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $18.25 |
| 1/22/2020 | 1/12/2020 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 1/31/2020 | 1/12/2020 | Funds Received | 1 | 72 | $108.10 | $0.00 | $0.00 |
| 1/31/2020 | 1/12/2020 | Funds Applied | 1 | 72 | $0.00 | $46.46 | $61.64 |
| 1/31/2020 | 2/12/2020 | Funds Received | 1 | 72 | $21.90 | $0.00 | $0.00 |
| 1/31/2020 | 2/12/2020 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $21.90 |
| 2/24/2020 | 2/12/2020 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 3/3/2020 | 2/12/2020 | Funds Received | 1 | 72 | $104.45 | $0.00 | $0.00 |
| 3/3/2020 | 2/12/2020 | Funds Applied | 1 | 72 | $0.00 | $46.66 | $57.79 |
| 3/3/2020 | 3/12/2020 | Funds Received | 1 | 72 | $25.55 | $0.00 | $0.00 |
| 3/3/2020 | 3/12/2020 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $25.55 |
| 3/23/2020 | 3/12/2020 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 4/1/2020 | 3/12/2020 | Funds Received | 1 | 72 | $100.80 | $0.00 | $0.00 |
| 4/1/2020 | 3/12/2020 | Funds Applied | 1 | 72 | $0.00 | $46.86 | $53.94 |
| 4/1/2020 | 4/12/2020 | Funds Received | 1 | 72 | $29.20 | $0.00 | $0.00 |
| 4/1/2020 | 4/12/2020 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $29.20 |
| 4/22/2020 | 4/12/2020 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 5/1/2020 | 4/12/2020 | Funds Received | 1 | 72 | $97.15 | $0.00 | $0.00 |
| 5/1/2020 | 4/12/2020 | Funds Applied | 1 | 72 | $0.00 | $47.08 | $50.07 |
| 5/1/2020 | 5/12/2020 | Funds Received | 1 | 72 | $32.85 | $0.00 | $0.00 |
| 5/1/2020 | 5/12/2020 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $32.85 |
| 5/22/2020 | 5/12/2020 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 6/1/2020 | 5/12/2020 | Funds Received | 1 | 72 | $93.50 | $0.00 | $0.00 |
| 6/1/2020 | 5/12/2020 | Funds Applied | 1 | 72 | $0.00 | $47.32 | $46.18 |
| 6/1/2020 | 6/12/2020 | Funds Received | 1 | 72 | $36.50 | $0.00 | $0.00 |
| 6/1/2020 | 6/12/2020 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $36.50 |
| 6/22/2020 | 6/12/2020 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |
| 7/1/2020 | 6/12/2020 | Funds Received | 1 | 72 | $89.85 | $0.00 | $0.00 |
| 7/1/2020 | 6/12/2020 | Funds Applied | 1 | 72 | $0.00 | $47.54 | $42.31 |
| 7/1/2020 | 7/12/2020 | Funds Received | 1 | 72 | $40.15 | $0.00 | $0.00 |
| 7/1/2020 | 7/12/2020 | Funds Applied | 1 | 72 | $0.00 | $0.00 | $40.15 |
| 7/22/2020 | 7/12/2020 | Late Charge Incurred | 1 | 52 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/31/2020 | 7/12/2020 | Funds Received | 1 72 | $86.20 | $0.00 | $0.00 |
| 7/31/2020 | 7/12/2020 | Funds Applied | 1 72 | $0.00 | $47.76 | $38.44 |
| 7/31/2020 | 8/12/2020 | Funds Received | 1 72 | $43.80 | $0.00 | $0.00 |
| 7/31/2020 | 8/12/2020 | Funds Applied | 1 72 | $0.00 | $0.00 | $43.80 |
| 8/24/2020 | 8/12/2020 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 9/1/2020 | 8/12/2020 | Funds Received | 1 72 | $82.55 | $0.00 | $0.00 |
| 9/1/2020 | 8/12/2020 | Funds Applied | 1 72 | $0.00 | $47.98 | $34.57 |
| 9/1/2020 | 9/12/2020 | Funds Received | 1 72 | $47.45 | $0.00 | $0.00 |
| 9/1/2020 | 9/12/2020 | Funds Applied | 1 72 | $0.00 | $0.00 | $47.45 |
| 9/22/2020 | 9/12/2020 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 10/1/2020 | 9/12/2020 | Funds Received | 1 72 | $78.90 | $0.00 | $0.00 |
| 10/1/2020 | 9/12/2020 | Funds Applied | 1 72 | $0.00 | $48.20 | $30.70 |
| 10/1/2020 | 10/12/2020 | Funds Received | 1 72 | $51.10 | $0.00 | $0.00 |
| 10/1/2020 | 10/12/2020 | Funds Applied | 1 72 | $0.00 | $0.00 | $51.10 |
| 10/22/2020 | 10/12/2020 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 10/30/2020 | 10/12/2020 | Funds Received | 1 72 | $75.25 | $0.00 | $0.00 |
| 10/30/2020 | 10/12/2020 | Funds Applied | 1 72 | $0.00 | $48.43 | $26.82 |
| 10/30/2020 | 11/12/2020 | Funds Received | 1 72 | $84.75 | $0.00 | $0.00 |
| 10/30/2020 | 11/12/2020 | Funds Applied | 1 72 | $0.00 | $7.06 | $77.69 |
| 11/23/2020 | 11/12/2020 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 12/3/2020 | 11/12/2020 | Funds Received | 1 72 | $41.60 | $0.00 | $0.00 |
| 12/3/2020 | 11/12/2020 | Funds Applied | 1 72 | $0.00 | $41.60 | $0.00 |
| 12/3/2020 | 12/12/2020 | Funds Received | 1 72 | $118.40 | $0.00 | $0.00 |
| 12/3/2020 | 12/12/2020 | Funds Applied | 1 72 | $0.00 | $40.95 | $77.45 |
| 12/22/2020 | 12/12/2020 | Late Charge Incurred | 1 52 | $0.00 | $0.00 | $0.00 |
| 12/31/2020 | 12/12/2020 | Funds Received | 1 72 | $7.95 | $0.00 | $0.00 |
| 12/31/2020 | 12/12/2020 | Funds Applied | 1 72 | $0.00 | $7.95 | $0.00 |
| 12/31/2020 | 1/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 12/31/2020 | 1/12/2021 | Funds Applied | 1 72 | $0.00 | $49.19 | $77.16 |
| 12/31/2020 | 2/12/2021 | Funds Received | 1 72 | $25.70 | $0.00 | $0.00 |
| 2/1/2021 | 2/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 2/1/2021 | 2/12/2021 | Funds Applied | 1 72 | $0.00 | $49.55 | $76.80 |
| 2/1/2021 | 3/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 3/1/2021 | 3/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/1/2021 | 3/12/2021 | Funds Applied | 1 72 | $0.00 | $49.79 | $76.56 |
| 3/1/2021 | 4/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 4/1/2021 | 4/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 4/1/2021 | 4/12/2021 | Funds Applied | 1 72 | $0.00 | $50.04 | $76.31 |
| 4/1/2021 | 5/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 4/30/2021 | 5/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 4/30/2021 | 5/12/2021 | Funds Applied | 1 72 | $0.00 | $50.27 | $76.08 |
| 4/30/2021 | 6/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 6/1/2021 | 6/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 6/1/2021 | 6/12/2021 | Funds Applied | 1 72 | $0.00 | $50.51 | $75.84 |
| 6/1/2021 | 7/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 7/1/2021 | 7/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 7/1/2021 | 7/12/2021 | Funds Applied | 1 72 | $0.00 | $50.73 | $75.62 |
| 7/1/2021 | 8/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 7/30/2021 | 8/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 7/30/2021 | 8/12/2021 | Funds Applied | 1 72 | $0.00 | $50.98 | $75.37 |
| 7/30/2021 | 9/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 9/1/2021 | 9/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 9/1/2021 | 9/12/2021 | Funds Applied | 1 72 | $0.00 | $51.21 | $75.14 |
| 9/1/2021 | 10/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 10/1/2021 | 10/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 10/1/2021 | 10/12/2021 | Funds Applied | 1 72 | $0.00 | $51.45 | $74.90 |
| 10/1/2021 | 11/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 11/1/2021 | 11/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 11/1/2021 | 11/12/2021 | Funds Applied | 1 72 | $0.00 | $51.70 | $74.65 |
| 11/1/2021 | 12/12/2021 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 12/1/2021 | 12/12/2021 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 12/1/2021 | 12/12/2021 | Funds Applied | 1 72 | $0.00 | $51.94 | $74.41 |
| 12/1/2021 | 1/12/2022 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 12/31/2021 | 1/12/2022 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 12/31/2021 | 1/12/2022 | Funds Applied | 1 72 | $0.00 | $52.18 | $74.17 |
| 12/31/2021 | 2/12/2022 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 2/1/2022 | 2/12/2022 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 2/1/2022 | 2/12/2022 | Funds Applied | 1 72 | $0.00 | $52.43 | $73.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/1/2022 | 3/12/2022 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 3/1/2022 | 3/12/2022 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 3/1/2022 | 3/12/2022 | Funds Applied | 1 72 | $0.00 | $52.67 | $73.68 |
| 3/1/2022 | 4/12/2022 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 4/1/2022 | 4/12/2022 | Funds Received | 1 72 | $126.35 | $0.00 | $0.00 |
| 4/1/2022 | 4/12/2022 | Funds Applied | 1 72 | $0.00 | $52.93 | $73.42 |
| 4/1/2022 | 5/12/2022 | Funds Received | 1 72 | $33.65 | $0.00 | $0.00 |
| 4/29/2022 | 5/12/2022 | Funds Received | 1 72 | $160.00 | $0.00 | $0.00 |
| 5/3/2022 | 5/12/2022 | Funds Applied | 1 73 | $0.00 | $0.00 | $0.00 |
| 5/3/2022 | 5/12/2022 | Funds Applied | 1 73 | $0.00 | $53.16 | $73.19 |
| 5/3/2022 | 6/12/2022 | Funds Applied | 1 75 | $0.00 | $33.65 | $0.00 |
| 6/1/2022 | 6/12/2022 | Funds Received | 1 72 | $160.00 | $0.00 | $0.00 |
| 6/2/2022 | 6/12/2022 | Funds Applied | 1 73 | $0.00 | $0.00 | $0.00 |
| 6/2/2022 | 6/12/2022 | Funds Applied | 1 73 | $0.00 | $53.51 | $72.84 |
| 6/2/2022 | 7/12/2022 | Funds Applied | 1 75 | $0.00 | $33.65 | $0.00 |
| 7/1/2022 | 7/12/2022 | Funds Received | 1 72 | $160.00 | $0.00 | $0.00 |
| 7/5/2022 | 7/12/2022 | Funds Applied | 1 73 | $0.00 | $0.00 | $0.00 |
| 7/5/2022 | 7/12/2022 | Funds Applied | 1 73 | $0.00 | $53.88 | $72.47 |
| 7/5/2022 | 8/12/2022 | Funds Applied | 1 75 | $0.00 | $33.65 | $0.00 |
| 8/1/2022 | 8/12/2022 | Funds Received | 1 72 | $160.00 | $0.00 | $0.00 |
| 8/2/2022 | 8/12/2022 | Funds Applied | 1 73 | $0.00 | $0.00 | $0.00 |
| 8/2/2022 | 8/12/2022 | Funds Applied | 1 73 | $0.00 | $54.31 | $72.04 |
| 8/2/2022 | 9/12/2022 | Funds Applied | 1 75 | $0.00 | $33.65 | $0.00 |
| 9/1/2022 | 9/12/2022 | Funds Received | 1 72 | $160.00 | $0.00 | $0.00 |
| 9/2/2022 | 9/12/2022 | Funds Applied | 1 73 | $0.00 | $0.00 | $0.00 |
| 9/2/2022 | 9/12/2022 | Funds Applied | 1 73 | $0.00 | $54.72 | $71.63 |
| 9/2/2022 | 10/12/2022 | Funds Applied | 1 75 | $0.00 | $33.65 | $0.00 |
| 9/30/2022 | 10/12/2022 | Funds Received | 1 72 | $160.00 | $0.00 | $0.00 |
| 10/3/2022 | 10/12/2022 | Funds Applied | 1 73 | $0.00 | $0.00 | $0.00 |
| 10/3/2022 | 10/12/2022 | Funds Applied | 1 73 | $0.00 | $55.13 | $71.22 |
| 10/3/2022 | 11/12/2022 | Funds Applied | 1 75 | $0.00 | $33.65 | $0.00 |

| Escrow Paid | Late Charge Fee Code | Late Charge Amt. | Suspense Balance | Principal Balance | 1st Unpaid Prin. Balance |
|---|---|---|---|---|---|
| $0.00 | | $0.00 | $0.00 | $17,658.23 | $17,658.23 |
| $0.00 | | $0.00 | $0.00 | $17,658.23 | $17,658.23 |
| $0.00 | | $0.00 | $0.00 | $17,658.23 | $17,658.23 |
| $0.00 | | $0.00 | $0.00 | $17,604.12 | $17,604.12 |
| $0.00 | | $0.00 | $0.00 | $17,604.12 | $17,604.12 |
| $0.00 | | $0.00 | $0.00 | $17,604.12 | $17,604.12 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,604.12 | $17,604.12 |
| $0.00 | | $0.00 | $0.00 | $17,604.12 | $17,604.12 |
| $0.00 | | $0.00 | $0.00 | $17,560.62 | $17,560.62 |
| $0.00 | | $0.00 | $0.00 | $17,560.62 | $17,560.62 |
| $0.00 | | $0.00 | $0.00 | $17,560.62 | $17,560.62 |
| $0.00 | | $0.00 | $0.00 | $17,560.62 | $17,560.62 |
| $0.00 | | $0.00 | $0.00 | $17,516.91 | $17,516.91 |
| $0.00 | 1 | $10.15 | $0.00 | $17,516.91 | $17,516.91 |
| $0.00 | | $0.00 | $0.00 | $17,516.91 | $17,516.91 |
| $0.00 | | $0.00 | $0.00 | $17,499.22 | $17,499.22 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,499.22 | $17,499.22 |
| $0.00 | | $0.00 | $0.00 | $17,499.22 | $17,499.22 |
| $0.00 | | $0.00 | $0.00 | $17,472.87 | $17,472.87 |
| $0.00 | | $0.00 | $0.00 | $17,472.87 | $17,472.87 |
| $0.00 | | $0.00 | $0.00 | $17,472.87 | $17,472.87 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,472.87 | $17,472.87 |
| $0.00 | A | $40.00 | $0.00 | $17,472.87 | $17,472.87 |
| $0.00 | S | $7.00 | $0.00 | $17,472.87 | $17,472.87 |
| $0.00 | | $0.00 | $0.00 | $17,472.87 | $17,472.87 |
| $0.00 | | $0.00 | $0.00 | $17,428.59 | $17,428.59 |
| $0.00 | | $0.00 | $0.00 | $17,428.59 | $17,428.59 |
| $0.00 | | $0.00 | $0.00 | $17,384.21 | $17,384.21 |
| $0.00 | 1 | $100.00 | $0.00 | $17,384.21 | $17,384.21 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,384.21 | $17,384.21 |
| $0.00 | | $0.00 | $0.00 | $17,384.21 | $17,384.21 |
| $0.00 | | $0.00 | $0.00 | $17,339.54 | $17,339.54 |
| $0.00 | | $0.00 | $0.00 | $17,339.54 | $17,339.54 |

| | | | | |
|---|---|---|---|---|
| $0.00 | | $0.00 | $0.00 | $17,321.03 | $17,321.03 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,321.03 | $17,321.03 |
| $0.00 | | $0.00 | $0.00 | $17,321.03 | $17,321.03 |
| $0.00 | | $0.00 | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | | $0.00 | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | | $0.00 | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | | $0.00 | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | | $0.00 | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | | $0.00 | $0.00 | $17,294.68 | $17,294.68 |
| $0.00 | | $0.00 | $0.00 | $17,204.42 | $17,204.42 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,204.42 | $17,204.42 |
| $0.00 | | $0.00 | $0.00 | $17,204.42 | $17,204.42 |
| $0.00 | | $0.00 | $0.00 | $17,159.14 | $17,159.14 |
| $0.00 | | $0.00 | $0.00 | $17,159.14 | $17,159.14 |
| $0.00 | | $0.00 | $0.00 | $17,159.14 | $17,159.14 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,159.14 | $17,159.14 |
| $0.00 | | $0.00 | $0.00 | $17,159.14 | $17,159.14 |
| $0.00 | | $0.00 | $0.00 | $17,113.75 | $17,113.75 |
| $0.00 | | $0.00 | $0.00 | $17,113.75 | $17,113.75 |
| $0.00 | | $0.00 | $0.00 | $17,113.75 | $17,113.75 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,113.75 | $17,113.75 |
| $0.00 | | $0.00 | $0.00 | $17,113.75 | $17,113.75 |
| $0.00 | | $0.00 | $0.00 | $17,067.96 | $17,067.96 |
| $0.00 | | $0.00 | $0.00 | $17,067.96 | $17,067.96 |
| $0.00 | | $0.00 | $0.00 | $17,067.96 | $17,067.96 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,067.96 | $17,067.96 |
| $0.00 | | $0.00 | $0.00 | $17,067.96 | $17,067.96 |
| $0.00 | | $0.00 | $0.00 | $17,021.95 | $17,021.95 |
| $0.00 | | $0.00 | $0.00 | $17,021.95 | $17,021.95 |
| $0.00 | | $0.00 | $0.00 | $17,021.95 | $17,021.95 |
| $0.00 | 1 | ($40.00) | $0.00 | $17,021.95 | $17,021.95 |
| $0.00 | | $0.00 | $0.00 | $17,021.95 | $17,021.95 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | | $0.00 | $0.00 | $16,975.72 | $16,975.72 |
| $0.00 | | $0.00 | $0.00 | $16,975.72 | $16,975.72 |
| $0.00 | | $0.00 | $0.00 | $16,975.72 | $16,975.72 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,975.72 | $16,975.72 |
| $0.00 | | $0.00 | $0.00 | $16,975.72 | $16,975.72 |
| $0.00 | | $0.00 | $0.00 | $16,929.26 | $16,929.26 |
| $0.00 | | $0.00 | $0.00 | $16,929.26 | $16,929.26 |
| $0.00 | | $0.00 | $0.00 | $16,929.26 | $16,929.26 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,929.26 | $16,929.26 |
| $0.00 | | $0.00 | $0.00 | $16,929.26 | $16,929.26 |
| $0.00 | | $0.00 | $0.00 | $16,882.60 | $16,882.60 |
| $0.00 | | $0.00 | $0.00 | $16,882.60 | $16,882.60 |
| $0.00 | | $0.00 | $0.00 | $16,882.60 | $16,882.60 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,882.60 | $16,882.60 |
| $0.00 | | $0.00 | $0.00 | $16,882.60 | $16,882.60 |
| $0.00 | | $0.00 | $0.00 | $16,835.74 | $16,835.74 |
| $0.00 | | $0.00 | $0.00 | $16,835.74 | $16,835.74 |
| $0.00 | | $0.00 | $0.00 | $16,835.74 | $16,835.74 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,835.74 | $16,835.74 |
| $0.00 | | $0.00 | $0.00 | $16,835.74 | $16,835.74 |
| $0.00 | | $0.00 | $0.00 | $16,788.66 | $16,788.66 |
| $0.00 | | $0.00 | $0.00 | $16,788.66 | $16,788.66 |
| $0.00 | | $0.00 | $0.00 | $16,788.66 | $16,788.66 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,788.66 | $16,788.66 |
| $0.00 | | $0.00 | $0.00 | $16,788.66 | $16,788.66 |
| $0.00 | | $0.00 | $0.00 | $16,741.34 | $16,741.34 |
| $0.00 | | $0.00 | $0.00 | $16,741.34 | $16,741.34 |
| $0.00 | | $0.00 | $0.00 | $16,741.34 | $16,741.34 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,741.34 | $16,741.34 |
| $0.00 | | $0.00 | $0.00 | $16,741.34 | $16,741.34 |
| $0.00 | | $0.00 | $0.00 | $16,693.80 | $16,693.80 |
| $0.00 | | $0.00 | $0.00 | $16,693.80 | $16,693.80 |
| $0.00 | | $0.00 | $0.00 | $16,693.80 | $16,693.80 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,693.80 | $16,693.80 |

| | | | | |
|---|---|---|---|---|
| $0.00 | | $0.00 | $0.00 | $16,693.80 | $16,693.80 |
| $0.00 | | $0.00 | $0.00 | $16,646.04 | $16,646.04 |
| $0.00 | | $0.00 | $0.00 | $16,646.04 | $16,646.04 |
| $0.00 | | $0.00 | $0.00 | $16,646.04 | $16,646.04 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,646.04 | $16,646.04 |
| $0.00 | | $0.00 | $0.00 | $16,646.04 | $16,646.04 |
| $0.00 | | $0.00 | $0.00 | $16,598.06 | $16,598.06 |
| $0.00 | | $0.00 | $0.00 | $16,598.06 | $16,598.06 |
| $0.00 | | $0.00 | $0.00 | $16,598.06 | $16,598.06 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,598.06 | $16,598.06 |
| $0.00 | | $0.00 | $0.00 | $16,598.06 | $16,598.06 |
| $0.00 | | $0.00 | $0.00 | $16,549.86 | $16,549.86 |
| $0.00 | | $0.00 | $0.00 | $16,549.86 | $16,549.86 |
| $0.00 | | $0.00 | $0.00 | $16,549.86 | $16,549.86 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,549.86 | $16,549.86 |
| $0.00 | | $0.00 | $0.00 | $16,549.86 | $16,549.86 |
| $0.00 | | $0.00 | $0.00 | $16,501.43 | $16,501.43 |
| $0.00 | | $0.00 | $0.00 | $16,501.43 | $16,501.43 |
| $0.00 | | $0.00 | $0.00 | $16,494.37 | $16,494.37 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,494.37 | $16,494.37 |
| $0.00 | | $0.00 | $0.00 | $16,494.37 | $16,494.37 |
| $0.00 | | $0.00 | $0.00 | $16,452.77 | $16,452.77 |
| $0.00 | | $0.00 | $0.00 | $16,452.77 | $16,452.77 |
| $0.00 | | $0.00 | $0.00 | $16,411.82 | $16,411.82 |
| $0.00 | 1 | ($40.00) | $0.00 | $16,411.82 | $16,411.82 |
| $0.00 | | $0.00 | $0.00 | $16,411.82 | $16,411.82 |
| $0.00 | | $0.00 | $0.00 | $16,403.87 | $16,403.87 |
| $0.00 | | $0.00 | $0.00 | $16,403.87 | $16,403.87 |
| $0.00 | | $0.00 | $0.00 | $16,354.68 | $16,354.68 |
| $0.00 | 1 | $25.70 | $0.00 | $16,354.68 | $16,354.68 |
| $0.00 | | $0.00 | $0.00 | $16,354.68 | $16,354.68 |
| $0.00 | | $0.00 | $0.00 | $16,305.13 | $16,305.13 |
| $0.00 | 1 | $33.65 | $0.00 | $16,305.13 | $16,305.13 |
| $0.00 | | $0.00 | $0.00 | $16,305.13 | $16,305.13 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | | $0.00 | $0.00 | $16,255.34 | $16,255.34 |
| $0.00 | 1 | $33.65 | $0.00 | $16,255.34 | $16,255.34 |
| $0.00 | | $0.00 | $0.00 | $16,255.34 | $16,255.34 |
| $0.00 | | $0.00 | $0.00 | $16,205.30 | $16,205.30 |
| $0.00 | 1 | $33.65 | $0.00 | $16,205.30 | $16,205.30 |
| $0.00 | | $0.00 | $0.00 | $16,205.30 | $16,205.30 |
| $0.00 | | $0.00 | $0.00 | $16,155.03 | $16,155.03 |
| $0.00 | 1 | $33.65 | $0.00 | $16,155.03 | $16,155.03 |
| $0.00 | | $0.00 | $0.00 | $16,155.03 | $16,155.03 |
| $0.00 | | $0.00 | $0.00 | $16,104.52 | $16,104.52 |
| $0.00 | 1 | $33.65 | $0.00 | $16,104.52 | $16,104.52 |
| $0.00 | | $0.00 | $0.00 | $16,104.52 | $16,104.52 |
| $0.00 | | $0.00 | $0.00 | $16,053.79 | $16,053.79 |
| $0.00 | 1 | $33.65 | $0.00 | $16,053.79 | $16,053.79 |
| $0.00 | | $0.00 | $0.00 | $16,053.79 | $16,053.79 |
| $0.00 | | $0.00 | $0.00 | $16,002.81 | $16,002.81 |
| $0.00 | 1 | $33.65 | $0.00 | $16,002.81 | $16,002.81 |
| $0.00 | | $0.00 | $0.00 | $16,002.81 | $16,002.81 |
| $0.00 | | $0.00 | $0.00 | $15,951.60 | $15,951.60 |
| $0.00 | 1 | $33.65 | $0.00 | $15,951.60 | $15,951.60 |
| $0.00 | | $0.00 | $0.00 | $15,951.60 | $15,951.60 |
| $0.00 | | $0.00 | $0.00 | $15,900.15 | $15,900.15 |
| $0.00 | 1 | $33.65 | $0.00 | $15,900.15 | $15,900.15 |
| $0.00 | | $0.00 | $0.00 | $15,900.15 | $15,900.15 |
| $0.00 | | $0.00 | $0.00 | $15,848.45 | $15,848.45 |
| $0.00 | 1 | $33.65 | $0.00 | $15,848.45 | $15,848.45 |
| $0.00 | | $0.00 | $0.00 | $15,848.45 | $15,848.45 |
| $0.00 | | $0.00 | $0.00 | $15,796.51 | $15,796.51 |
| $0.00 | 1 | $33.65 | $0.00 | $15,796.51 | $15,796.51 |
| $0.00 | | $0.00 | $0.00 | $15,796.51 | $15,796.51 |
| $0.00 | | $0.00 | $0.00 | $15,744.33 | $15,744.33 |
| $0.00 | 1 | $33.65 | $0.00 | $15,744.33 | $15,744.33 |
| $0.00 | | $0.00 | $0.00 | $15,744.33 | $15,744.33 |
| $0.00 | | $0.00 | $0.00 | $15,691.90 | $15,691.90 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | 1 | $33.65 | $0.00 | $15,691.90 | $15,691.90 |
| $0.00 | | $0.00 | $0.00 | $15,691.90 | $15,691.90 |
| $0.00 | | $0.00 | $0.00 | $15,639.23 | $15,639.23 |
| $0.00 | 1 | $33.65 | $0.00 | $15,639.23 | $15,639.23 |
| $0.00 | | $0.00 | $0.00 | $15,639.23 | $15,639.23 |
| $0.00 | | $0.00 | $0.00 | $15,586.30 | $15,586.30 |
| $0.00 | 1 | $33.65 | $0.00 | $15,586.30 | $15,586.30 |
| $0.00 | | $0.00 | $160.00 | $15,586.30 | $15,586.30 |
| $0.00 | | $0.00 | ($126.35) | $15,586.30 | $15,586.30 |
| $0.00 | | $0.00 | $0.00 | $15,533.14 | $15,533.14 |
| $0.00 | | $0.00 | ($33.65) | $15,499.49 | $15,499.49 |
| $0.00 | | $0.00 | $160.00 | $15,499.49 | $15,499.49 |
| $0.00 | | $0.00 | ($126.35) | $15,499.49 | $15,499.49 |
| $0.00 | | $0.00 | $0.00 | $15,445.98 | $15,445.98 |
| $0.00 | | $0.00 | ($33.65) | $15,412.33 | $15,412.33 |
| $0.00 | | $0.00 | $160.00 | $15,412.33 | $15,412.33 |
| $0.00 | | $0.00 | ($126.35) | $15,412.33 | $15,412.33 |
| $0.00 | | $0.00 | $0.00 | $15,358.45 | $15,358.45 |
| $0.00 | | $0.00 | ($33.65) | $15,324.80 | $15,324.80 |
| $0.00 | | $0.00 | $160.00 | $15,324.80 | $15,324.80 |
| $0.00 | | $0.00 | ($126.35) | $15,324.80 | $15,324.80 |
| $0.00 | | $0.00 | $0.00 | $15,270.49 | $15,270.49 |
| $0.00 | | $0.00 | ($33.65) | $15,236.84 | $15,236.84 |
| $0.00 | | $0.00 | $160.00 | $15,236.84 | $15,236.84 |
| $0.00 | | $0.00 | ($126.35) | $15,236.84 | $15,236.84 |
| $0.00 | | $0.00 | $0.00 | $15,182.12 | $15,182.12 |
| $0.00 | | $0.00 | ($33.65) | $15,148.47 | $15,148.47 |
| $0.00 | | $0.00 | $160.00 | $15,148.47 | $15,148.47 |
| $0.00 | | $0.00 | ($126.35) | $15,148.47 | $15,148.47 |
| $0.00 | | $0.00 | $0.00 | $15,093.34 | $15,093.34 |
| $0.00 | | $0.00 | ($33.65) | $15,059.69 | $15,059.69 |

| 2nd Unpaid Prin. Balance | Escrow Balance | Advance Balance | Running Suspense Balance | MRec Corp. Adv. Amt. | MRec Corp. Advance Bal. |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $160.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $160.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $160.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $160.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $160.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $160.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $33.65 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |